# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MATTHEW KELLY, individually and on behalf of all other persons similarly situated,

Plaintiff(s),

vs.

ROKA SPORTS, INC.

Defendant.

Case No. 4:26-CV-02383-HSG

**ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)**

Hon. Haywood S. Gilliam, Jr.

After considering the Joint Stipulation to Enlarge Time to Move, Answer or Otherwise Respond to Complaint and to Continue Case Management Conference filed by Plaintiff Matthew Kelly ("Plaintiff") and Defendant Roka Sports, Inc. ("Defendant"), the Court hereby ORDERS:

The Joint Stipulation is **GRANTED.**

Defendant's deadline to answer or otherwise respond to the complaint shall be extended to June 30, 2026.

The Case Management Conference scheduled for June 30, 2026 is continued to July 14, 2026, at 2:00 p.m. The zoom information and instructions remain the same as previously provided in docket no. 9.

DATED: 6/3/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge